BRUCE A. KILDAY, SB No. 66415
SEAN D. O'DOWD, SB No. 296320
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF OROVILLE, JOHN SCOTT NICKELSON, SHANE CARPENTER, and CHRISTOPHER NICODEMUS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GENE HUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OROVILLE, a municipal corporation; JOHN SCOTT NICKELSON, individually and in his capacity as an officer for the OROVILLE Police Department; SHANE CARPENTER, individually and in his capacity as an officer for the OROVILLE Police Department; CHRISTOPHER NICODEMUS, individually and in his capacity as an officer for the OROVILLE Police Department; and DOES 1- 50, inclusive, jointly and severally,<br><br>Defendants. | Case No.: 2:17-cv-00017-MCE-CMK<br><br>**STIPULATION AND ORDER FOR WITHDRAW ECF NOS. 5-8 AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff JEREMY GENE HUNTER ("Plaintiff") and Defendants CITY OF OROVILLE, JOHN SCOTT NICKELSON, SHANE CARPENTER, and CHRISTOPHER NICODEMUS (hereafter "Defendants"), by and through their respective counsel of record, hereby stipulate to, and respectfully request, that the Court order docket entries ECF Nos. 5-8 be withdrawn.

///

WHEREAS Service on Defendants herein was not properly effectuated, and therefore docket entries ECF Nos. 5-8 ("Summons Returned Executed") were erroneously filed with this Court;

WHEREAS Defendants' counsel has agreed to accept service of the documents identified in docket entries ECF Nos. 5-8 via Notice and Acknowledgment of Receipt as of February 2, 2017, and;

WHEREAS the Parties herein have agreed Defendants shall have sixty (60) days from February 2, 2017, or until April 3, 2017, to file and serve a responsive pleading thereto.

IT IS HEREBY STIPULATED that the parties request that the Court orders docket entries ECF 5, 6, 7, and 8 withdrawn, and that Defendants' responsive pleading is due to be filed and served no later than April 3, 2017.

Dated: February 2, 2017　　　　　　　　　　ANGELO, KILDAY & KILDUFF, LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce A. Kilday

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　BRUCE A. KILDAY
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants CITY OF
　　　　　　　　　　　　　　　　　　　　　　OROVILLE, JOHN SCOTT
　　　　　　　　　　　　　　　　　　　　　　NICKELSON, SHANE CARPENTER,
　　　　　　　　　　　　　　　　　　　　　　and CHRISTOPHER NICODEMUS

Dated: February 2, 2017　　　　　　　　　　CANNATA, O'TOOLE, FICKES & ALMAZAN LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark P. Fickes

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　MARK P. FICKES Attorneys for
　　　　　　　　　　　　　　　　　　　　　　Plaintiff, JEREMY GENE HUNTER

# ORDER

GOOD CAUSE APPEARING, Plaintiff's docket entries ECF Nos. 5-8 are hereby withdrawn. Defendants are ordered to file and serve a responsive pleading to the Complaint no later than April 3, 2017.

IT IS SO ORDERED.

Dated:  February 7, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE