|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

| JEREMY GENE HUNTER, | Case No. 2:17-cv-00017-MCE-CMK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF OROVILLE, a municipal corporation; JOHN SCOTT NICKELSON, individually and in his capacity as an officer for the OROVILLE Police Department; SHANE CARPENTER, individually and in his capacity as an officer for the OROVILLE Police Department; CHRISTOPHER NICODEMUS, individually and in his capacity as an officer for the OROVILLE Police Department; and DOES 1- 50, inclusive, jointly and severally, | |
| Defendants. | |

The law firm of Cannata, O'Toole, Fickes & Almazon LLP and its attorneys ("Cannata O'Toole"), counsel for Plaintiff Jeremy Gene Hunter in this matter, moves to withdraw as Plaintiff's counsel of record in these proceedings. Mr. Hunter has filed no opposition to Cannata O'Toole's request.

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed

1

motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

Cannata O'Toole has complied with those requirements and its request to withdraw is accordingly proper.

Because counsel's request is both procedurally correct and unopposed, the Motion to Withdraw as Counsel (ECF No. 16) is GRANTED.[1] The law firm of Cannata O'Toole is consequently relieved as counsel of record for Plaintiff Jeremy Gene Hunter effective upon the filing of a proof of service of this signed Order on said Plaintiff.

Until further notice, and pending retention of new counsel, service should be effectuated upon Plaintiff, who according to counsel is currently incarcerated at CDCR's Valley State Prison in Chowchilla, at his last known address for receiving legal mail: P.O. Box 96, Chowchilla, California 93610-0096.

IT IS SO ORDERED.

Dated: March 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).